IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 17-1635 (CFC) |
| v. ) | |
| ) | |
| FORTINET, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| REALTIME DATA LLC d/b/a IXO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 18-1200 (CFC) |
| ) | |
| PANZURA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| REALTIME DATA LLC d/b/a IXO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 18-1267 (CFC) |
| ) | |
| TEGILE SYSTEMS, INC., WESTERN DIGITAL ) | |
| TECHNOLOGIES, INC. and WESTERN ) | |
| DIGITAL CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to D. Del. LR 7.1.2(b), Defendants in the above-captioned actions respectfully submit the attached supplemental authority in support of their respective motions to dismiss: (i) Fortinet, Inc.'s Motion to Dismiss (D.I. 11, C.A. No. 17-1635 (CFC)); (ii) Western Digital Technologies, Inc. and Western Digital Corporation's Motion to Dismiss for Failure to State a

Claim (D.I. 14, C.A. No. 18-1267 (CFC)); (iii) Project Taurus, Inc. f/k/a Tegile Systems, Inc.'s Motion to Dismiss Plaintiff's Complaint and Joinder in Western Digital's Motion to Dismiss (D.I. 25, C.A. No. 18-1267(CFC)); and (iv) Panzura, Inc.'s Motion to Dismiss Plaintiff's Complaint and Joinder in Western Digital's and Project Taurus's Motions to Dismiss (D.I. 21, C.A. No. 18-1200 (CFC)).

On February 8, 2019, in *Voit Techs., LLC v. Del-Ton, Inc.*, a case which also involves data compression technology, the Federal Circuit affirmed the lower court's finding on a Rule 12(b)(6) motion that all asserted claims of U.S. Patent No. 6,226,412 ("the '412 patent") were invalid under 35 U.S.C. § 101.  --- F. App'x ---, 2019 WL 495163, at *1 (Fed. Cir. 2019).

OF COUNSEL:

John (Jay) Neukom
William J. Casey
SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
525 University Avenue
Palo Alto, CA  94301
(650) 470-4500

*Attorneys for Defendant Fortinet, Inc.*

Brian E. Mitchell
MITCHELL & COMPANY
4 Embarcadero Center, Suite 1400
San Francisco, CA  94111
(415) 766-3515

*Attorneys for Defendant Panzura, Inc.*

R. Adam Lauridsen
Matthew M. Werdegar
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA  94111-1809
(415) 391-5400

*Attorneys for Defendants Western Digital Technologies and Western Digital Corporation*

February 22, 2019

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeffrey J. Lyons*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Brian P. Egan (#6227)
Jeffrey J. Lyons (#6437)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
kjacobs@mnat.com
began@mnat.com
jlyons@mnat.com

*Attorneys for Defendants Fortinet, Inc., Panzura, Inc., Western Digital Technologies, Inc., Western Digital Corporation, and Project Taurus, Inc. f/k/a Tegile Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on Februrary 22, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 22, 2019, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Sara E. Bussiere, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Reza Mirzaie, Esquire<br>Paul A. Kroeger, Esquire<br>C. Jay Chung, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025-1031<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jeffrey J. Lyons*
Jeffrey J. Lyons (#6437)
