IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REALTIME DATA LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 17-1635-CFC |
| | : | |
| FORTINET, INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| REALTIME DATA LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 17-1676-CFC |
| | : | |
| REDUXIO SYSTEMS, INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| REALTIME DATA LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 18-1200-CFC |
| | : | |
| PANZURA, INC., | : | |
| | : | |
| Defendant. | : | |

```
REALTIME DATA LLC,            :
                              :
              Plaintiff,      :
                              :
       v.                     :    Civil Action No. 18-2062-CFC
                              :
ARYAKA NETWORKS, INC.,        :
                              :
              Defendant.      :
```

## ORDER

At Wilmington this Nineteenth day of July 2019:

Having reviewed the briefing relating to Defendants' motions to dismiss under 35 U.S.C. § 101, as well as having heard oral argument,

**IT IS HEREBY ORDERED**, for the reasons discussed during the July 19, 2019 hearing, that:

1. In Civil Action Number 17-1635, "Defendant[ Fortinet, Inc.'s] Motion to Dismiss" (D.I. 11) is **GRANTED IN PART**. The motion is **GRANTED** to the extent that it is based on the asserted patents claiming ineligible subject matter. The remainder of the motion is **DENIED AS MOOT**.

2. In Civil Action Number 17-1676, Defendant Reduxio Systems, Inc.'s "Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)" (D.I. 9) is **GRANTED**.

3. In Civil Action Number 18-1200, "Panzura's Motion to Dismiss Plaintiff's Complaint and Joinder in Western Digital's and Project Taurus's

Motion to Dismiss" (D.I. 21) is **GRANTED**.

4. In Civil Action Number 18-2062, "Defendant Aryaka Networks, Inc.'s Motion to Dismiss" (D.I. 15) is **GRANTED IN PART**. The motion is **GRANTED** to the extent that it is based on the asserted patents claiming ineligible subject matter. The remainder of the motion is **DENIED AS MOOT**.

5. United States Patent Numbers 7,415,530, 8,717,203, 9,054,728, 9,116,908, and 9,667,751 are hereby declared **INVALID** for claiming ineligible subject matter.

6. Realtime Data LLC's request for leave to amend the complaints in these four actions is **DENIED** for futility.

7. The parties shall confer and submit a proposed forms of final judgments on or before July 26, 2019.

                                                  COLM F. CONNOLLY
                                        UNITED STATES DISTRICT JUDGE